IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA LEFLORE, | No. C 05-02428 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| BOLLINGER INDUSTRIES, et al., | |
| Defendant. | |

For good cause shown, the Order to Show Cause issued by the Court on June 17, 2005 is hereby discharged.

**IT IS SO ORDERED.**

Dated: July 6, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2428\order 2.wpd