1  MARTIN L. SEEGER, IV (SBN: 58264)
   BABIN & SEEGER, LLP
   3550 Round Barn Boulevard, Suite 201
2  Santa Rosa, CA  95403
   Telephone: (707) 526-7370
3  Facsimile:  (707) 526-0307

4  Attorneys for Defendants
   BOLLINGER INDUSTRIES; WAL-MART STORES, INC.;
5  and WEATHERITE dba ALLIANCE SPORTS GROUP

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| GLENNA LEFLORE, | CASE NO. C 05-02428 CRB |
| Plaintiff, | **STIPULATION FOR TELEPHONIC APPEARANCE AT THE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER** |
| v. | [C 05-02428 CRB] |
| BOLLINGER INDUSTRIES, WAL-MART STORES, INC., WEATHERITE, and DOES 1 to 30, | |
| Defendants. / | |

   The parties to this action, by and through their counsel of record, hereby stipulate and agree to appear by telephone at the Case Management Conference scheduled for October 7, 2005, at 8:30 a.m., in Courtroom 8.  The following counsel will be making the telephonic appearances:

| Attorneys | Party Represented |
|---|---|
| Mike Ewing, Esq., (707) 263-6400 | Plaintiff GLENNA LEFLORE |
| Martin L. Seeger, IV, Esq., (707) 526-7370 | Defendants BOLLINGER INDUSTRIES, WAL-MART STORES, INC., and WEATHERITE dba ALLIANCE SPORTS GROUP |

                                1

1  I hereby attest that I have on file all holograph signatures for any signatures by a
2  "conformed" signature (/S/) within this efiled document.
3
4  DATED: October 3, 2005          EWING & ASSOCIATES
5                                  /S/
6                                  _____
                                   Mike Ewing
                                   Attorneys for Plaintiff
7                                  GLENNA LEFLORE
8
9  DATED: October 3, 2005          BABIN & SEEGER, LLP
10                                 /S/
11                                 _____
                                   Martin L. Seeger, IV
12                                 Attorneys for Defendants
                                   BOLLINGER INDUSTRIES, INC.,
13                                 WAL-MART STORES, INC., and
                                   WEATHERITE dba ALLIANCE
14                                 SPORTS GROUP
15
16
17
18
19
20
21
22
23
24
25
26
27                                 2
28
---
STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

1 **PROPOSED ORDER**

2       Based upon the above Stipulation, counsel for the parties may make telephonic

3 appearances at the Case Management Conference scheduled for October 7, 2005, at

4 8:30 a.m., in Courtroom 8.

5

6 DATED: October 5, 2005            _____

7                                                      UNITED STATES DISTRICT COURT JUDGE

*[APPROVED stamp signed by Judge Charles R. Breyer, United States District Court, Northern District of California]*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                            3

28

STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER