1  MARTIN L. SEEGER, IV (SBN: 58264)
   BABIN & SEEGER, LLP
   3550 Round Barn Boulevard, Suite 201
2  Santa Rosa, CA  95403
   Telephone: (707) 526-7370
3  Facsimile:  (707) 526-0307

4  Attorneys for Defendants
   BOLLINGER INDUSTRIES; WAL-MART STORES, INC.;
5  and WEATHERITE dba ALLIANCE SPORTS GROUP

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 GLENNA LEFLORE,                          CASE NO. C 05-02428 CRB

11         Plaintiff,                       **STIPULATION FOR TELEPHONIC APPEARANCE AT THE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER**

12    v.
                                            [C 05-02428 CRB]
13 BOLLINGER INDUSTRIES, WAL-MART
   STORES, INC., WEATHERITE, and
14 DOES 1 to 30,

15         Defendants.
                                        /
16

17         The parties to this action, by and through their counsel of record, hereby stipulate

18 and agree to appear by telephone at the Further Case Management Conference

19 scheduled for January 20, 2006, at 8:30 a.m., in Courtroom 8.  The following counsel will

20 be making the telephonic appearances:

21

22    Attorneys                              Party Represented

23 Mike Ewing, Esq., (707) 263-6400          Plaintiff GLENNA LEFLORE

24 Martin L. Seeger, IV, Esq., (707) 526-7370   Defendants BOLLINGER INDUSTRIES,
                                                WAL-MART STORES, INC., and
25                                              WEATHERITE dba ALLIANCE
                                                SPORTS GROUP
26

27                                          1

28
   ──────────────────────────────────────────────────────────────────
   STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

1    I hereby attest that I have on file all holograph signatures for any signatures by a
2  "conformed" signature (/S/) within this e-filed document.
3
4  DATED: January 16, 2006                EWING & ASSOCIATES
5                                         /S/
6                                         _____
                                           Mike Ewing
7                                          Attorneys for Plaintiff
                                           GLENNA LEFLORE
8
9
10 DATED: January 16, 2006                BABIN & SEEGER, LLP
11                                        /S/
12                                        _____
                                           Martin L. Seeger, IV
13                                         Attorneys for Defendants
                                           BOLLINGER INDUSTRIES, INC.,
14                                         WAL-MART STORES, INC., and
                                           WEATHERITE dba ALLIANCE
15                                         SPORTS GROUP
16
17
18
19
20
21
22
23
24
25
26
27                          2
28
_____
STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

1 **~~PROPOSED~~ ORDER**

2   Based upon the above Stipulation, counsel for the parties may make telephonic

3 appearances at the Case Management Conference scheduled for January 20, 2006, at

4 8:30 a.m., in Courtroom 8.

5

6 DATED: __January 17, 2006__  _____
               UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

3

STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER