MARTIN L. SEEGER, IV (SBN: 58264)
BABIN & SEEGER, LLP
3550 Round Barn Boulevard, Suite 201
Santa Rosa, CA 95403
Telephone: (707) 526-7370
Facsimile: (707) 526-0307

E-Filing

Attorneys for Defendants
BOLLINGER INDUSTRIES; WAL-MART STORES, INC.;
and WEATHERITE dba ALLIANCE SPORTS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA LEFLORE,<br><br>  Plaintiff,<br><br>v.<br><br>BOLLINGER INDUSTRIES, WAL-MART STORES, INC., WEATHERITE, and DOES 1 to 30,<br><br>  Defendants. | CASE NO. C 05-02428 CRB<br><br>STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE OR, IN THE ALTERNATIVE, TELEPHONIC APPEARANCE AT THE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER<br>[C 05-02428 CRB] |

The parties to this action, by and through their counsel of record, hereby stipulate as follows:

1. At the Case Management Conference held January 20, 2006, the parties informed the Court that they had agreed to proceed to private mediation to satisfy alternative dispute resolution requirements. The Court directed the parties to proceed to private mediation. The Court continued the matter until April 14, 2006, for a Further Case Management Conference, counsel to make personal appearances.

2. The parties scheduled mediation with Frederic L. Hirschfield, Esq. of the Santa

1

Rosa Arbitration and Mediation Center. The mediation was scheduled for April 6, 2006. However, due to unexpected difficulties on the Defendants' side, the mediation was cancelled. Mediation with Mr. Hirschfield has been rescheduled for May 18, 2006.

3. The parties respectfully request that the Case Management Conference currently scheduled for April 14, 2006 be continued until after May 18, 2006 so that they can proceed to mediation in an attempt to resolve this matter.

4. In the alternative, the parties stipulate and agree to appear by telephone at the Further Case Management Conference scheduled for April 14, at 8:30 a.m., in Courtroom 8. One reason for the request to appear telephonically is that it is a three-hour drive to the Court for Plaintiff's counsel from his office in Lake County. Plaintiff's counsel has a weekly church meeting at 6:45 a.m. on April 14, 2006 (Good Friday) in Lake County, and would like to attend the meeting if possible.

The following counsel will be making the telephonic appearances:

| Attorneys | Party Represented |
|---|---|
| Mike Ewing, Esq., (707) 263-6400 | Plaintiff GLENNA LEFLORE |
| Martin L. Seeger, IV, Esq., (707) 526-7370 | Defendants BOLLINGER INDUSTRIES, WAL-MART STORES, INC., and WEATHERITE dba ALLIANCE SPORTS GROUP |

I hereby attest that I have on file all holograph signatures for any signatures by a "conformed" signature (/S/) within this efiled document.

DATED: April 7, 2006         EWING & ASSOCIATES

/S/

Mike Ewing
Attorneys for Plaintiff
GLENNA LEFLORE

2

| | | |
|---|---|---|
| 1 | DATED: April 7, 2006 | BABIN & SEEGER, LLP |
| 2 | | /S/ |
| 3 | | Martin L. Seeger, IV |
| 4 | | Attorneys for Defendants BOLLINGER INDUSTRIES, INC., WAL-MART STORES, INC., and |
| 5 | | WEATHERITE dba ALLIANCE SPORTS GROUP |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                              3
28

1  ~~PROPOSED~~ ORDER

2

3  Based upon the above Stipulation, the Case Management Conference scheduled
4  for April 14, 2006, at 8:30 a.m. in Courtroom 8 is continued until _June 16_, ~~2005~~,
5  2006, at 8:30 a.m.

   In the alternative, based on the above Stipulation, counsel for the parties may make
6  telephonic appearances at the Case Management Conference scheduled for April 14,
7  2006, at 8:30 a.m., in Courtroom 8.

8

9  DATED: April 13, 2006
                                            _____
10                                          UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          4

28