MARTIN L. SEEGER, IV (SBN: 58264)
BABIN & SEEGER, LLP
3550 Round Barn Boulevard, Suite 201
Santa Rosa, CA  95403
Telephone: (707) 526-7370
Facsimile:  (707) 526-0307

Attorneys for Defendants
BOLLINGER INDUSTRIES; WAL-MART STORES, INC.;
and WEATHERITE dba ALLIANCE SPORTS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA LEFLORE,<br><br>    Plaintiff,<br><br>  v.<br><br>BOLLINGER INDUSTRIES, WAL-MART STORES, INC., WEATHERITE, and DOES 1 to 30,<br><br>    Defendants._____/ | CASE NO. C 05-02428 CRB<br><br>**STIPULATION FOR TELEPHONIC APPEARANCE AT THE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**<br>[C 05-02428 CRB] |

The parties to this action, by and through their counsel of record, hereby stipulate and agree to appear by telephone at the Case Management Conference scheduled for June 16, 2006, at 8:30 a.m., in Courtroom 8.  The following counsel will be making the telephonic appearances:

| Attorneys | Party Represented |
|---|---|
| Mike Ewing, Esq., (707) 263-6400 | Plaintiff GLENNA LEFLORE |
| Martin L. Seeger, IV, Esq., (707) 526-7370 | Defendants BOLLINGER INDUSTRIES, WAL-MART STORES, INC., and WEATHERITE dba ALLIANCE SPORTS GROUP |

1

STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

1    I hereby attest that I have on file all holograph signatures for any signatures by a
2    "conformed" signature (/S/) within this efiled document.

3

4    DATED:  June 7, 2006              EWING & ASSOCIATES

5                                      /S/
                                       _____
6                                      Mike Ewing
                                       Attorneys for Plaintiff
7                                      GLENNA LEFLORE

8

9
     DATED:  June 7, 2006              BABIN & SEEGER, LLP
10
                                       /S/
11
                                       _____
12                                     Martin L. Seeger, IV
                                       Attorneys for Defendants
13                                     BOLLINGER INDUSTRIES, INC.,
                                       WAL-MART STORES, INC., and
14                                     WEATHERITE dba ALLIANCE
                                       SPORTS GROUP
15

16

17

18

19

20

21

22

23

24

25

26

27                                     2

28
     _____
     STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

1    **~~PROPOSED~~ ORDER**

2    Based upon the above Stipulation, counsel for the parties may make telephonic

3    appearances at the Case Management Conference scheduled for June 16, 2006, at 8:30

4    a.m., in Courtroom 8.

5

6    DATED:  __June 7, 2006____          _____

7                                                              UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED

Judge Charles R. Breyer

3

STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER