MARTIN L. SEEGER, IV (SBN: 58264)
BABIN & SEEGER, LLP
3550 Round Barn Boulevard, Suite 201
Santa Rosa, CA  95403
Telephone: (707) 526-7370
Facsimile:   (707) 526-0307

Attorneys for Defendants
BOLLINGER INDUSTRIES; WAL-MART STORES, INC.;
and WEATHERITE dba ALLIANCE SPORTS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA LEFLORE,<br><br>             Plaintiff,<br><br>  v.<br><br>BOLLINGER INDUSTRIES, WAL-MART STORES, INC., WEATHERITE, and DOES 1 to 30,<br><br>             Defendants.<br>_____ / | CASE NO. C 05-02428 CRB<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO WITHDRAW AND ~~PROPOSED~~ ORDER**<br>[C 05-02428 CRB] |

     Babin & Seeger, LLP, counsel of record for Defendants BOLLINGER INDUSTRIES, WAL-MART STORES, INC. and WEATHERITE dba ALLIANCE SPORTS GROUP hereby requests to appear by telephone at the hearing on the Motion to Withdraw as Counsel of Record scheduled for July 7, 2006, at 10:00 a.m., in Courtroom 8. Counsel requests the telephonic appearance based on the following:

1.     Plaintiff GLENNA LEFLORE filed a Statement of Conditional Non-Opposition to Motion to Withdraw as Counsel of Record.  Plaintiff's non-opposition is

1  conditioned on other counsel substituting in as attorney of record at the hearing on
2  July 7, 2006;
3  2. Defendant WAL-MART STORES, INC. has retained new counsel, who will be
4  appearing on behalf of all Defendants at the hearing on the Motion to Withdraw,
5  thereby eliminating the need for personal appearance by Babin & Seeger, LLP at
6  the hearing on July 7, 2006, at 10:00 a.m., in Department 8.
7  3. The following counsel will be making the telephonic appearance:

| Attorney | Party Represented |
|---|---|
| Martin L. Seeger, IV, Esq., (707) 526-7370 | Defendants BOLLINGER INDUSTRIES, WAL-MART STORES, INC., and WEATHERITE dba ALLIANCE SPORTS GROUP |

13  I hereby attest that I have on file all holograph signatures for any signatures by a
14  "conformed" signature (/S/) within this efiled document.

16  DATED:   July 5, 2006                BABIN & SEEGER, LLP

                                         /S/

                                         _____
                                         Martin L. Seeger, IV
                                         Attorneys for Defendants
                                         BOLLINGER INDUSTRIES, INC.,
                                         WAL-MART STORES, INC., and
                                         WEATHERITE dba ALLIANCE
                                         SPORTS GROUP

REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO WITHDRAW AND PROPOSED ORDER

**~~PROPOS~~ED ORDER**

Based upon the above representation that new counsel will be appearing on behalf of Defendants, counsel for Defendants may make a telephonic appearance at the hearing on the Motion to Withdraw as Counsel of Record scheduled for July 7, 2006, at 10:00 a.m., in Courtroom 8.

DATED: July 6, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO WITHDRAW AND PROPOSED ORDER