Mike Ewing, Esq. (CSBN 98143)
EWING & ASSOCIATES
995 South Main Street
P.O. Box 400
Lakeport, CA 95453
Telephone: (707)263-6400
Facsimile:  (707)263-7047

Attorneys for Plaintiff
GLENNA LEFLORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENNA LEFLORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BOLLINGER INDUSTRIES, WAL-MART STORES, INC. WEATHERITE, and DOES 1-20,<br><br>　　　　Defendants.<br>_____ | Case No. C 05-02428 CRB<br><br>**STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER**<br><br>Date:　　　August 4, 2006<br>Time:　　　8:30 a.m.<br>Courtroom: 8<br>Honorable Charles R. Breyer |

　　　The parties to this action, by and through their respective counsel of record, hereby stipulate and agree to telephone appearance at the Case Management Conference scheduled for August 4, 2006 at 8:30 A.M., in Courtroom 8.  The following counsel will be making the telephonic appearance:

　　　　　Attorney　　　　　　　　　　　　Party Represented

　　　Mike Ewing, Esq.　707-263-6400　　　Plaintiff, GLENNA LEFLORE

////

////

////

I hereby attest that I have on file all holograph signatures for any signatures by a "conformed" signature (/S/) within this efiled document.

                                              EWING & ASSOCIATES

DATED: July 14, 2006          By:_____/S/_____
                                              Mike Ewing, Attorney for plaintiff Glenna LeFlore

DATED: July 18 , 2006          By:_____/S/_____
                                                Stephen E. Loquaci, Attorney for Defendants Bollinger Industries, Inc., Wal-Mart Stores, Inc., and Weatherite dba Alliance Sports Group

**~~PROPOSED~~ ORDER**

Based upon the above Stipulation, counsel for Plaintiff may make telephonic appearance at the Case Management Conference scheduled for August 4, 2006 at 8:30 A.M., in courtroom 8.

DATED: July 25, 2006



UNITED STATES DISTRICT COURT JUDGE

-3-