STEPHEN E. LOQUACI, ESQ. (SB# 071728)
MITCHELL, GINGERICH & LOQUACI
A PROFESSIONAL CORPORATION
1631 Willow Street, Suite 100
San Jose, CA  95125
(408) 264-9822

Attorneys for Defendant
BOLLINGER INDUSTRIES; WAL- MART STORES, INC.;
and WEATHERITE dba ALLIANCE SPORTS GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GLENNA LEFLORE | CASE NO. C 05-02428 CRB |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. | |
| BOLLINGER INDUSTRIES, WAL-MART STORES, INC., WEATHERITE, and DOES 1 TO 30, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respect counsel of record, that the above entitled action by Plaintiff Glenna LeFlore be, and hereby is, dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1), with plaintiff and defendants to bear their respective attorneys' fees and costs.

///

///

STIPULATION OF DISMISSAL WITH PREJUDICE                              1

1   I hereby attest that I have on file all holograph signatures for any signatures
2   indicated by a "conformed" signature (/S/) within this edited document.

3

4

5

6   Dated: April 19, 2007                    EWING & ASSOCIATES

7

8

9                                            By: _____/S/_____
10                                               MICHAEL EWING
                                                 Counsel for Plaintiff
11                                               GLENNA LEFLORE

12

13

14  Dated: April 9, 2007                     MITCHELL, GINGERICH & LOQUACI

15

16                                           By:_____/S/_____
                                                 STEPHEN E. LOQUACI
17                                               Counsel for Defendants
                                                 BOLLINGER INDUSTRIES;
18                                               WAL- MART STORES, INC.; and
                                                 WEATHERITE dba ALLIANCE
19                                               SPORTS GROUP

20

21

22  It is so ordered.

23
    August 20, 2007                          IT IS SO ORDERED
24                                           Judge Charles R. Breyer
                                             UNITED STATES DISTRICT COURT
25                                           NORTHERN DISTRICT OF CALIFORNIA

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE                                            2